IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICKALE ALONSO HICKS,

    Petitioner,

  v.

Case No. 19-cv-935-jdp

DYLON RADTKE,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Mickale Alonso Hicks's petition for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice.

| /s/ | 2/3/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |